IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN LEVI                                              PLAINTIFF

v.                      No. 4:20-cv-1285-DPM

FIDEL & CO COFFEE, LLC, and
FIDEL SAMOUR                                         DEFENDANTS

ORDER

       Joint motion, *Doc. 18*, granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of a bona fide dispute over wages. And the attorney's fee was negotiated after the merits were resolved and separately. The Court will dismiss the complaint with prejudice and retain jurisdiction until 1 October 2021 to enforce the settlement.

       So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 July 2021