IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTINA MARZIALE, Individually
and as mother of Baby Boy Marziale; and
DANA McLAIN, Administrator of the
Estate of Elaine Marziale                                PLAINTIFFS

v.                    No. 5:18-cv-86-DPM

CORRECT CARE SOLUTIONS LLC;
MAKITA LAGRANT; STEPHEN
COOK; and WELLPATH LLC                                   DEFENDANTS

ORDER

The parties have listed almost one hundred possible witnesses for trial. There's overlap, but Marziale and McLain have listed more than ninety folks. *Doc. 353 & 356.* The Court has one week scheduled for this trial. This is how much time the Court thought, perhaps mistakenly, was needed. A second week may become available if none of the many criminal cases set on 30 August 2021 must be tried on that date. The Court will not know about that possibility until early August. The Court is considering allotting a specific amount of time to each side to use however the side chooses for testimony, objections, and motion argument. In any event, Marziale and McLain must trim their witnesses or the trial will have to be continued again. Plaintiffs' trimmed witness list (also divided into "will call" and "may call"

groups) due by 2 August 2021. If the defense list has firmed up, defense counsel should let plaintiffs' counsel know the particulars by 30 July 2021.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 July 2021