IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN LEVI                                                    PLAINTIFF

v.                          No. 4:20-cv-1285-DPM

FIDEL & CO COFFEE, LLC, and
FIDEL SAMOUR                                      DEFENDANTS

## JUDGMENT

Levi's complaint is dismissed with prejudice.

*W.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

28 July 2021